**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2232

VERONICA M. JOHNSON,

Plaintiff - Appellant,

v.

ROCK SOLID JANITORIAL, INC., jointly and severally; SELECTIVE INSURANCE COMPANY OF AMERICA, jointly and severally; SELECTIVE WAY INSURANCE COMPANY, jointly and severally; SELECTIVE INSURANCE GROUP, jointly and severally,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:22-cv-00074-AWA-RJK)

Submitted:  March 16, 2023                                    Decided:  March 20, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Veronica Moody Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veronica Moody Johnson appeals the district court's order dismissing her complaint and Fed. R. Civ. P. 60(b) motion under 28 U.S.C. § 1915(e).  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *Johnson v. Rock Solid Janitorial, Inc.*, No. 2:22-cv-00074-AWA-RJK (E.D. Va. Nov. 4, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*